# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130307

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SHANE SWINDALL CHAMBERS,
     Defendant-Appellant.

SC: 130307
COA: 254861
Macomb CC: 2003-002408-FC

_____/

     On order of the Court, the application for leave to appeal the November 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

d0522

                  Clerk